UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HASAAN MCGHIE,

        Plaintiff,

-against-

VICTORIA A. MAIN and NELLA H. YELENOVIC,

        Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 31 2012 ★
BROOKLYN OFFICE

**ORDER**

11-CV-3110 (NGG) (JO)

NICHOLAS G. GARAUFIS, United States District Judge.

On April 25, 2012, this court granted Plaintiff's motion to amend his Complaint and directed the Clerk of Court to reopen this case. (Order of April 25, 2012 (Docket Entry # 18) at 2.) The court gave Plaintiff thirty days to amend his Complaint and stated that "if Plaintiff fail[ed] to amend his Complaint by this time, the Complaint w[ould] be dismissed with prejudice." (Id.) Plaintiff has not submitted an amended complaint, and the time to do so has passed. His Complaint is therefore DISMISSED with prejudice. The Clerk of Court is directed to enter judgment and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
      July 27, 2012

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge